CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SEYEDMOHAMMADKAZEM AYATOLLAHI,

Plaintiff,

v.

MARKWAYNE MULLIN[1], Secretary of the United States Department of Homeland Security, *et al.*,

Defendants.

Case No. 5:25-cv-10637 SVK

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED~~ ORDER]**

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form N-400, Application for Naturalization. On May 18, 2026, the Court granted the parties' request to continue the stay of proceedings. Dkt. No. 19. On August 13, 2026, United States Citizenship and Immigration Services ("USCIS") adjudicated Plaintiff's Form N-400 application. The parties need additional time to determine how to proceed with the case.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until August 27, 2026, at which time the parties will file a joint status report. At that time, the parties may

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 14, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: August 14, 2026

*/s/ Jeffrey C. Wang*
JEFFREY C. WANG
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: Auguust 17, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.